IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Case No. 25-cr-333-RMR

UNITED STATES OF AMERICA,

     Plaintiff,

v.

LAMMAR DAVENPORT,

     Defendant.

---

## ORDER

---

Pending before the Court is the United States' Motion to Dismiss Indictment Without Prejudice. ECF No. 36. The United States indicates that "[n]ewly assigned counsel has reviewed this matter and considered the investigation that has been conducted since [the] indictment. After a careful review, the United States of America does not believe that the current evidence in this matter has a reasonable likelihood of conviction at trial." *Id.* at 1. Therefore, the United States moves to dismiss the indictment without prejudice pursuant to Fed. R. Crim. P. 48(a). *Id.*

"A court is generally required to grant a prosecutor's Rule 48(a) motion to dismiss unless dismissal is "clearly contrary to manifest public interest." *United States v. Carrigan*, 778 F.2d 1454, 1463 (10th Cir. 1985). The "district court's discretion to grant or deny 'leave' under rule 48(a) is limited. The district court must presume that the government moved to dismiss the information in good faith. The

district court must find, to overcome the good-faith presumption, that the government acted in bad faith in moving to dismiss the [indictment]." *United States v. B. G. G.*, 53 F.4th 1353, 1356 (11th Cir. 2022).

Here, the Court does not find that the United States acted in bad faith in requesting dismissal of the indictment. The Court has reviewed the record in this case and finds that the United States' request and reasoning is consistent with the interests of justice and manifest public interest.

Accordingly, IT IS HEREBY ORDERED:

1. The United States' Motion to Dismiss Indictment Without Prejudice, ECF No. 36, is GRANTED;

2. Defendant's Motion to Suppress, ECF No. 28, is DENIED AS MOOT; and

3. The Evidentiary Hearing scheduled for June 26, 2026 at 10:00am is VACATED.

DATED: June 11, 2026

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge